IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | |
| CHRISTOPHER GUERRINO | * | Case No. 23-11629-pmm <br> (Chapter 13) |
| Debtor | * | |
| * * * * * * * * | * * * * | |
| NAVY FEDERAL CREDIT UNION | * | Adv. No. 23-00061-pmm |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| CHRISTOPHER GUERRINO | * | |
| Defendant. | * | |
| * * * * * * * * | * * * * | |

**CONSENT ORDER DECLARING DEBT NON-DISCHARGEABLE
PURSUANT TO 11 U.S.C. § 523(a)(2)(A)**

This matter is before the Court on Plaintiff's Complaint Objecting to Dischargeability of Debt pursuant to 11 U.S.C. §523(a)(2)(A);

Upon consideration of the parties' representation that they have agreed to settle the claim asserted in this Adversary Proceeding, as provided herein, absent any admission of wrong-doing or liability and for the purpose of resolving their disputes absent the time, expense, and distraction of further litigation, and it appearing to the Court that entry of this Consent order and approval of the settlement described herein is appropriate, it is hereby:

ORDERED

That the Debt owed to Plaintiff by Defendant in the amount of Twenty-Four Thousand Three Hundred Ninety-Nine and 00/100 Dollars ($24,399.00) plus interest at the contract rate of 9.64% per annum, the "Claim," is hereby non-dischargeable pursuant to 11 U.S.C. § 523(a)(2) and shall be excepted from any Discharge Order entered herein.

Philadelphia, Pennsylvania

Date: **September 22, 2023**

_____
Hon. Patricia M. Mayer, Judge
United States Bankruptcy Court
Eastern District of Pennsylvania

Requested by:

/s/ Douglas R. Blecki, Jr.
Douglas R. Blecki, Jr., Esq. PAB #310791
11200 Rockville Pike, Ste. 520
N. Bethesda, Maryland 20852
Phone: (301) 468-4990
Fax:    (301) 468-0215
Bankruptcy@silvermanlegal.com
**Attorney for Navy Federal Credit Union**

/s/ Christopher Guerrino
Christopher Guerrino
19 Moyer Road
Chalfont, PA 18914
**Debtor/Defendant**

    I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the court are identical to those set forth in the original consent order, except to remove reference to standing order 10-2 and minor formatting changes; and the signatures represented by the /s/ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order.

/s/ Douglas R. Blecki, Jr.
Douglas R. Blecki, Jr., Esq. PAB No. 310791

Parties to receive copies:

    Christopher Guerrino
    19 Moyer Road
    Chalfont, PA 18914
    (Debtor/Defendant)

    Stephen Matthew Dunne
    Dunne Law Offices, P.C.
    1515 Market Street
    Suite 1200
    Philadelphia, PA 19120
    (Counsel for Debtor/Defendant)

    Navy Federal Credit Union
    c/o Silverman Theologou, LLP
    11200 Rockville Pike, Suite 520
    N. Bethesda, MD 20852

    Kenneth E. West
    Office of the Chapter 13 Standing Trustee
    1234 Market Street – Suite 1813
    Philadelphia, PA 19107
    (Chapter 13 Trustee)

    United States Trustee
    Office of United States Trustee
    Robert N.C. Nix Federal Building
    900 Market Street
    Suite 320
    Philadelphia, PA 19107